[ECF No. 25]

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **TREMAINE M. HADDEN,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**JEFFREY LORMAN, et al.,**<br><br>    **Defendants.** | Civil No. 22-1600 (RMB)(EAP) |

### ORDER

This matter comes before the Court on Plaintiff's motion for leave to file a second amended complaint, ECF No. 25.  For the reasons stated in the accompanying Opinion of this date;

**IT IS** this **9th** day of **August 2024**;

**ORDERED** that Plaintiff's motion to amend, ECF No. 25, is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff may file a renewed motion within **forty-five (45) days** of the date of this Order.  In accordance with Local Civil Rule 15.1, that motion must include a proposed second amended complaint and a copy of the proposed amended complaint that indicates in what respect(s) it differs from the Amended Complaint, ECF No. 2.  Further, that motion must include a brief that complies with Local Civil Rule 7.1.  The Court orders Plaintiff to specifically address whether he seeks to add claims based on events that occurred after he filed the Complaint initiating this matter.  Lastly, the proposed amended complaint must include:  (1) a specific legal basis for liability (i.e., a statutory or constitutional provision that provides the legal interest allegedly

violated); (2) the defendants subject to each particular claim; and (3) the individual facts that support each particular claim; and it is further

**ORDERED** that Plaintiff shall submit a declaration within **fourteen (14) days** of the entry of this Order, describing the current status of his state-court criminal proceedings; and it is further

**ORDERED** that the Clerk's Office shall forward a copy of the following to Plaintiff via regular mail: (1) this Order; (2) the accompanying Opinion of this date; and (3) a copy of Local Civil Rules 7.1 and 15.1. The Clerk's Office shall enter a notation on the docket indicating the date upon which those materials were mailed to Plaintiff.

s/Elizabeth A. Pascal  
ELIZABETH A. PASCAL  
United States Magistrate Judge

cc: Hon. Renée M. Bumb, U.S.D.J.