*NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| TREMAINE M. HADDEN, | Civ. No. 22-1600 (RMB-EAP) |
| Plaintiff, | **ORDER** |
| v. | |
| JEFFREY LORMAN, et al., | |
| Defendants. | |

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **2nd day of April 2025**,

**ORDERED** that Plaintiff's motion for default judgment against Defendant Sergeant Fisher under Federal Rule of Civil Procedure 55(b) is **DENIED** without prejudice (Dkt. No. 47); and it is further

**ORDERED** that the Clerk's entry of default against Defendant Sergeant Fisher on August 22, 2023 is **VACATED**; and it is further

**ORDERED** that Plaintiff is **GRANTED** an extension of time, 30 days from the date of entry of this Order, under Federal Rule of Civil Procedure 4(m) to obtain service on Defendant Sergeant Fisher; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the accompanying Opinion, and one USM Form 285 on Plaintiff by regular U.S. mail.

<u>Renée Marie Bumb</u>
RENÉE MARIE BUMB
Chief United States District Judge